```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
TRUSTEES OF THE NORTHEAST
CARPENTERS HEALTH, PENSION,
ANNUITY, APPRENTICESHIP
and LABOR MANAGEMENT
COOPERATION FUNDS,
                                                              ORDER ADOPTING REPORT
                        Petitioners,
             -against-                                        18-CV-6074 (DRH)(AYS)

STATE WIDE INSTALLATION, INC.,

                        Respondent.
------------------------------------------------------X
```

Presently before the Court is the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated April 24, 2019, recommending that the petition to confirm an arbitration award dated March 12, 2018 and for an award of attorney's fees and costs pertaining to this action be granted. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the April 24, 2019 Report and Recommendation of Judge Shields as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition to confirm the arbitration award dated March 12, 2018 in the amount of $35,041.18, plus prejudgment interest thereon at the rate of 0.75% per month from March 12, 2018 through the date that judgment is entered in this

action, and for an award of attorney's fees and costs pertaining to this action in the amount of $902.50 is granted. The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, New York
May 14, 2019

      /s/ Denis R. Hurley
Denis R. Hurley
United States District Judge